LILY KOSTER, Suing on Behalf of Herself and All Other Stockholders of SHENANDOAH CORPORATION, Appellant, v. SHENANDOAH CORPORATION and Others, Respondents, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston and Taylor, JJ.; Carswell, J., not voting.

WALTER B. MILKMAN, Trustee in Bankruptcy of A. J. RUSSELL MOTOR SALES CORPORATION, Respondent, v. BISHOP, McCORMICK & BISHOP, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell. Johnston and Taylor, JJ.

HOWARD S. PALMER and Others, Trustees of the Property of THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Debtor, Appellants, v. LARCHMONT MANOR COMPANY and Others, Defendants, and PETER LAMSON FLINT and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

SAM PAONESSA, Appellant, v. SAVERIO D'ALFONSO or DI ALFONSO and Others, Respondents. NEW YORK FEDERAL SAVINGS AND LOAN ASSOCIATION, Plaintiff, Respondent, v. SAVERIO D'ALFONSO (Also Known as SAVERIO DI ALFONSO) and Another, Defendants, Respondents; SAM PAONESSA, Appellant.— Motion for reargument denied, with ten dollars costs. Appellant expressly stated in the brief submitted by him upon the appeal that he did not intend to answer in the foreclosure action. He also took the position that a judgment in that action would not be determinative of his rights in the first action. He will not now be heard to say in this court that the order appealed from deprives him of substantial rights by failing to grant him leave to answer. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. RICHARD P. LIMBURG, as Supervisor, R. EUGENE CURRY and Others, as Councilmen, Together Constituting the Town Board of the Town of North Castle, Westchester County, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 740.] Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

TOWN OF PUTNAM VALLEY, Respondent, v. SAMUEL L. SLUTZKY, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 824.] Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

FERDINAND LEONARD WITTENBERG and Others, Respondents, v. RAY E. LINTZ, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.